# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 149 WM 2018

                  Respondent   :

                              :

                    v.   :

GREGG ANDREW TCHIRKOW,   :

                  Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the "Application for Recusal and/or Disqualification," treated as an Application for Extraordinary Relief, is DENIED.